

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,
    Plaintiff,

v.      CIVIL ACTION NO. 18-CV-3747

UNIVERSITY OF NOTRE DAME DU LAC, *et al.*,
    Defendants.

FILED
SEP 12 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 12 day of September, 2018, upon consideration of Plaintiff Edward Thomas Kennedy's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 4) and his *pro se* Complaint (ECF No. 1), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED with prejudice** as legally baseless, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), for the reasons set forth in the Court's Memorandum.

4. The Clerk of Court shall **CLOSE** this case.

9/12/18 mailed
Kennedy

BY THE COURT:

_____
C. DARNELL JONES, II, J.